1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cv-00570-JCM-DJA |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION |
| v. | |
| MOHAMED VERJEE, | |
| Defendant. | |

    Plaintiff, the United States of America, has moved the Court to issue an order authorizing plaintiff to serve defendant Mohamed Verjee by publication pursuant to Fed. R. Civ. P (4)(f)(3), in a newspaper widely circulated in the area of his last known address.

    The Court FINDS that the affidavits and exhibits submitted by Plaintiff demonstrate that defendant Mohamed Verjee is a necessary party, a cause of action exists against him, the United States has exhausted all possible means of locating and serving defendant Mohamed Verjee, and that service by publication is appropriate in this case because defendant cannot, after due diligence, be personally served.

    Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff is hereby ORDERED to serve defendant Mohamed Verjee, by publication in English in the *Vancouver Sun*, once a week for four consecutive weeks, service of which is to be completed within 45 days of this order.

Plaintiff is FURTHER ORDERED to mail a copy of this order authorizing service by publication, the summons, and complaint to Verjee's last known address.

IT IS SO ORDERED.

DATED: June 11, 2020

_____
Daniel J. Albregts
United States Magistrate Judge